UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

-------------------------------------------------

Martinez
-v-
Cardenas

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-9779

JUDGE: KMW

DATE: Dec. 14, 2007

## INDEX TO THE RECORD ON APPEAL

DEC 1 4 2007

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------

**DOCUMENT DESCRIPTION**                                           **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 14th Day of December 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

*Martinez*

-v-

*Cordones*

---------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-9779

JUDGE: KMW

DATE: Dec. 14, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 14th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09779-KMW
### Internal Use Only

Martinez v. Cardenas
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | APPLICATION; for an order for Leave to Proceed in forma pauperis. Document filed by Freddy Martinez.(pl) (Entered: 11/09/2007) |
| 11/05/2007 | | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Freddy Martinez.(pl) (Entered: 11/09/2007) |
| 11/05/2007 | 2 | COMPLAINT against Roberto Cardenas. (Document filed by Freddy Martinez.(pl) (Entered: 11/09/2007) |
| 11/05/2007 | | Magistrate Judge Frank Maas is so designated. (pl) (Entered: 11/09/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL; the Court grants plaintiffs request to proceed in forma pauperis but dismisses the complaint for the reasons that are set forth in this Order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. section 1915(a)(1), is dismissed pursuant to 28 U.S.C. section(e)(2). The Court certifies pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (pl) (Entered: 11/09/2007) |
| 11/05/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (pl) (Entered: 11/09/2007) |
| 12/06/2007 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Freddy Martinez. (tp) (Entered: 12/14/2007) |
| 12/06/2007 | | Appeal Remark as to 5 Notice of Appeal filed by Freddy Martinez. $455.00 APPEAL FEE DUE. IFP REVOKED 11/5/07. (tp) (Entered: 12/14/2007) |
| 12/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 12/14/2007) |
| 12/14/2007 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 12/14/2007) |